UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br> Plaintiff,<br><br>v.<br><br>JEAN A. MEJIA-GARCIA,<br> Defendant. | CRIMINAL NO. 5:23-107-KKC-EBA-1<br><br><br>**OPINION & ORDER** |

  This matter is before the Court on the defendant's motion for a sentence reduction. (DE 81.) For the following reasons, the motion is denied.

  The defendant seeks a sentence reduction based on Part B of Amendment 821 to the Sentencing Guidelines and filed the instant motion pursuant to 18 U.S.C. § 3582(c)(2). A district court may reduce a defendant's sentence if modification is authorized by statute. *United States v. Ross*, 245 F.3d 586 (6th Cir. 2001). Under 18 U.S.C. § 3582(c)(2), a court may reduce the term of imprisonment "in the case of a defendant who has been sentenced . . . based on a sentencing range that has subsequently been lowered by the Sentencing Commission," provided that "such a reduction is consistent with applicable policy statements issued by the Sentencing Commission." 18 U.S.C. § 3582(c)(2).

  Here, the defendant is ineligible for a sentence reduction because the sentencing range that the defendant's sentence was based on has not been "subsequently" lowered by the Sentencing Commission. The defendant was sentenced on August 6, 2024 to a total term of 72 months. (DE 79.) As noted in the defendant's motion, Amendment 821 took effect before he was sentenced on November 1, 2023. Accordingly, the defendant fails to cite any action taken by the Sentencing Commission that "subsequently," lowered his sentencing range. He

1

therefore fails to satisfy the requirements of 18 U.S.C. § 3582(c)(2), and the Court consequently ORDERS that his motion for a sentence reduction (DE 81) is DENIED.

This 9th day of June, 2025.

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY